FILED
June 18, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002716695

YASHA RAHIMZADEH, ESQ. (SB #230487)
LAW OFFICES OF YASHA RAHIMZADEH
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 337-8066
Facsimile: (916) 393-1552

Attorney for Debtors
MARK ORMSBY AND LYNAE ORMSBY

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

MARK ORMSBY AND LYNAE ORMSBY.

Debtors.

_____ )

Case No.: 2010-29589-A-7

DCN: ORM-001

**MOTION TO COMPEL ABANDONMENT OF PROPERTY OF THE ESTATE (11 U.S.C. § 554)**

Date: July 6, 2010
Time: 9:00 a.m.
Judge: Michael S. McManus
Location: 501 I Street, 7th Floor
Courtroom 28
Sacramento, CA 95814

Debtors, MARK ORMSBY and LYNAE ORMSBY, move the Court as follows:

1. Debtors scheduled certain business assets in this case in Schedule B, including business equipment. Schedule B is provided as Exhibit "A".

2. All business assets were claimed exempt in Schedule C. Schedule C is provided as Exhibit "B".

3. Debtor LYNAE ORMSBY is self-employed and operates the business River Valley Ranch. River Valley Ranch is insured by Larry Vegas Insurance Service. The insurance policy is provided as Exhibit "C".

4. Debtors believe that all scheduled business assets and operations are of no consequence and are not burdensome to the Bankruptcy Estate.

5. Debtor requests the Court to compel the Trustee to abandon all scheduled business assets and operations from the Bankruptcy Estate.

Wherefore, Debtors Pray:

1. For an order compelling the Chapter 7 Trustee to abandon said property from the Bankruptcy Estate.
2. For other relief the Court deems just and proper.

Dated: June 18, 2010

_____/S/_____
**YASHA RAHIMZADEH**
Attorney for Debtor
MARK ORMSBY AND LYNAE ORMSBY